IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT WOLFE,

                          Plaintiff,

     v.

KATE BROWN, Secretary of State
of Oregon,
                          Defendant.

Case No. 3:13-cv-02180-PK

ORDER

Ross A. Day
T. Beau Ellis
DAY LAW GROUP, P.C.
15055 SW Sequoia Parkway, Suite 170
Portland, OR 97224

     Attorneys for Plaintiff

Sarah K. Weston
Carson L. Whitehead
OREGON DEPARTMENT OF JUSTICE
Special Litigation Unit
1515 SW Fifth Avenue, Suite 410
Portland, OR 97201

1 - ORDER

Attorneys for Defendants

HERNANDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings and Recommendation [22] on March 12, 2014, recommending that Defendant's motion to dismiss [7] be granted and that this action be dismissed. Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, as here, the district court must make a <u>de novo</u> determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna–Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude that these objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record <u>de novo</u> and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS the Magistrate Judge's Findings and Recommendation [22]. Accordingly, Defendants' motion to dismiss [7] is GRANTED and this action is dismissed.

IT IS SO ORDERED.

DATED this 29 day of April, 2014.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER